UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRIETTA ANDREWS,
On behalf of herself and other persons
similarly situated,

    Plaintiff,

v.

WEST SHORE MEDICAL PERSONNEL
SERVICES, INC., et al.,

    Defendants.
_____/

Case No. 1:18-cv-324

HON. JANET T. NEFF

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation for an Order of Dismissal (ECF No. 32). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation for an Order of Dismissal (ECF No. 32) is GRANTED. This action is DISMISSED with prejudice, and with each party to bear its own attorney's fees and costs.

Dated: February 14, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge